CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
JUN - 3 2008
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| TONYA RENAE STEVENS, )<br>Plaintiff, ) | Civil Action No. 1:07cv00086 |
| )<br>)<br>v. ) <br>) | **ORDER** |
| )<br>)<br>UNION SECURITY )<br>INSURANCE COMPANY, ) <br>Defendant. ) | By: Glen M. Williams<br>Senior United States District Judge |

This case is currently before the court on cross motions for summary judgment.[1] (Docket Item Nos. 13 & 14.) The case was referred pursuant to 28 U.S.C. § 636(b)(1)(B), to the Honorable Pamela Meade Sargent, United States Magistrate Judge. On May 9, 2008, the Magistrate Judge filed a report, (Docket Item No. 15), ("Report"), recommending that the plaintiff's motion be denied, the defendant's motion be granted and the defendant's decision to deny benefits to the plaintiff be affirmed. No objections to the Magistrate Judge's Report were filed within the 10 day period provided for by 28 U.S.C. § 636(b)(1)(C). There being no objections and upon review of the Report, and all other relevant filings, the court is of the opinion that the Magistrate Judge's Report should be **ACCEPTED.**

For the reasons detailed in the Magistrate Judge's Report, the plaintiff's motion is hereby **DENIED**, the defendant's motion is hereby **GRANTED** and the

---

[1] Pursuant to the Scheduling Order entered by this court on December 4, 2007, all parties are deemed to have moved for summary judgment in their respective favor based on the administrative record. (Docket Item No. 9.)

defendant's decision to deny benefits is **AFFIRMED**. The Clerk is directed to enter this Order and send certified copies to all counsel of record.

ENTER: This 3Rd day of June, 2008.

/s/ Glen M. Williams
THE HONORABLE GLEN M. WILLIAMS
SENIOR UNITED STATES DISTRICT JUDGE